U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 1 0 2005

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

CLYDE DENNIS GLENN

-vs-

RICHARD L. STALDER, et al.

NO. 1:05-CV-1101

JUDGE LITTLE

## JUDGMENT

Before the court is a report and recommendation of the magistrate recommending that the petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 by *pro se* plaintiff Clyde Dennis Glenn ("Glenn") be denied and dismissed without prejudice for failure to exhaust state court remedies. Glenn has timely filed an objection.[1] After full record review, this court adopts the reasoning and conclusion of the magistrate.

Accordingly, the habeas corpus petition filed pursuant to 28 U.S.C. § 2254 by Glenn is DENIED and DISMISSED WITHOUT PREJUDICE.

Alexandria, Louisiana

10 November 2005

F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] This court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations by the magistrate. See United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989); 28 U.S.C. § 636(b)(1) (2002); LR 74.1W(B) (2004). The district court is not, however, required to reiterate the findings and conclusions of the magistrate if found to be correct. See Warren v. Miles, 230 F.3d 688, 694-95 (5th Cir. 2000); Koetting v. Thompson, 995 F.2d 37, 40 (5th Cir. 1993).